GUST GUNTHER, Plaintiff, v. BERTRAM W. GIFFORD, Defendant.— Motion denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ELSIE VASIL, Plaintiff, v. MUNROE F. FISHER, Defendant.— Motion granted by default, without costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

AGNES SHUMWAY, Plaintiff, v. HARTFORD FIRE INSURANCE COMPANY, Defendant.— Motion granted by default, without costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

JUNE HEROLD, Respondent, v. EDWARD J. BUTLER and Another, Appellants.— Motion granted by default, without costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of the CITY OF LONG BEACH, Petitioner, for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Defendant, to Review Its Action in Granting a Certificate of Public Convenience and Necessity to the LONG BEACH BUS COMPANY, INC. LONG BEACH BUS COMPANY, INC., Intervenor.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

LOUIS N. BRUMER, Respondent, v. LILLIAN IDA BRUMER, Appellant.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JOHN B. BURNHAM, Respondent, v. WILLIAM T. HORNADAY, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

LEON G. DODGE and Others, Respondents, v. LILLIAN CAMPBELL (Calling Herself MARY ALEXANDER DODGE) and Others, Appellants.— Motion denied, with ten dollars costs, on the ground that the jurisdictional facts should be established on the trial. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

LUNA BIGELOW, Respondent, v. WILLIAM MAHARAY and Another, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JOHN C. CROMMELIN and Others, Respondents, v. MAC FINN, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE FIRST NATIONAL BANK OF PLATTSBURGH, N. Y., Respondent, v. R. PRESCOTT & SON, INC., Appellant, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.